IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**JOHN BOOZER,**

    **Plaintiff,**

    **vs.**                                         Civil Action No. 1:19-cv-01687-MLB

**SIGMA RESOURCES, LLC and**
**DELOITTE CONSULTING, LLP,**

    **Defendants.**

---

### ORDER GRANTING JOINT MOTION
### FOR FLSA SETTLEMENT APPROVAL

---

Having reviewed the parties' Third Amended Settlement Agreement (Dkt. 20-1), the Court finds as follows:

    1.    The Court approves and incorporates by reference all of the definitions in the parties' Third Amended Settlement Agreement.

    2.    The Third Amended Settlement Agreement satisfies the standard for approval of FLSA settlements established in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). In particular, it was the result of contested litigation with arms' length negotiations and disputed facts, involving parties represented by experienced counsel. In addition, it provides for a fair and reasonable resolution of this matter.

3. In accordance with the foregoing, the Court orders the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action pending Plaintiff's dismissal with prejudice.

4. The Court will retain jurisdiction over this action for the purposes of supervising enforcement of the Third Amended Settlement Agreement.

5. The parties' Joint Motion (Renewed) Motion for FLSA Settlement Approval (Dkt. 19) is **DENIED AS MOOT**.

**SO ORDERED** this 16th day of August, 2019.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE